■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANIBAL RIVERA, JR., Appellant. [875 NYS2d 800]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 27, 1995 (*People v Rivera*, 212 AD2d 815 [1995]), affirming a judgment of the County Court, Orange County, rendered December 19, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Spolzino and Santucci, JJ., concur.